UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Brandon Heitmann,

    Debtor.

Case No.: 24-41956
Chapter 13
Hon. Mark A. Randon

_____/

Daniel Carter,

    Plaintiff,

v.

Adversary Proceeding
Case No.: 24-04373

Brandon Heitmann,

    Defendant.

_____/

## ORDER STAYING ADVERSARY PROCEEDING

Plaintiff filed this adversary proceeding on September 6, 2024. On September 10, 2024, the Court entered an order in case number 24-04126 granting Plaintiff's motion for remand and limited relief from the automatic stay. As provided in that order, the Court **STAYS** this adversary proceeding pending the outcome of the state-court litigation.

    **IT IS ORDERED**.
**Signed on September 9, 2024**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**